**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA , : No. 18 MM 2018
:
Respondent :
:
:
:
v. :
:
:
:
JOHN COLE, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2018, the Application for Leave to File Original Process is GRANTED, and the Application for Extraordinary Relief is DENIED.